FILED
April 2, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0117 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
KARINA VEGA PEREZ, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KARINA VEGA PEREZ , Case No.  MAG. 08-0117 DAD , Charge  Title 18 USC § 545 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

☒   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

__   Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

☒   (Other)  With Pretrial Services Supervision of conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 2, 2008  at  2:43  pm .

By _____
Dale A. Drozd
United States Magistrate Judge